**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASEY HALEY**,

*Plaintiff*,

v. Case No: 8:26-cv-01631-VMC-LSG

**EQUIFAX INFORMATION SERVICES, LLC**,

*Defendant*.
_______________________________/

**NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

In accordance with Local Rule 3.09, the Plaintiff, CASEY HALEY ("Plaintiff"), hereby provides notice that Plaintiff and the Defendant, EQUIFAX INFORMATION SERVICES, LLC ("Defendant"), have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Defendant from this case with prejudice.

Respectfully submitted on August 5, 2026.

**SERAPH LEGAL, P.A.**

/s/ *Megan Rosenberg*
Megan A. Rosenberg, Esq.
Florida Bar No.: 1005213
MRosenberg@SeraphLegal.com
2124 W. Kennedy Blvd., Suite A
Tampa, FL 33606
Tel: 813-567-1230 (Ext: 404)
Fax: 855-500-0705
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and through that service a copy was sent with e-notice to counsel for all parties.

/s/ *Megan Rosenberg*
Megan A. Rosenberg, Esq.
Florida Bar No.: 1005213